Kevin J. Scanlan
ISB #5521; kjs@sgaidaho.com
Jamie K. Ellsworth
ISB #8372; jke@sgaidaho.com
SCANLAN GRIFFITHS + ALDRIDGE
913 W. River St., Ste. 310
Boise, Idaho 83702
Telephone (208) 991-1200
Fax (208) 908-0043

Sara M. Turner, *admitted pro hac vice*
smturner@bakerdonelson.com
BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC
1901 Sixth Avenue North, Ste. 2600
Birmingham, AL 35203
Telephone (205) 249-6601
Fax (205) 322-8007

*Attorneys for Defendant Choice Hotels International, Inc., and Choice Hotels International Services Corp.*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| DOE,<br><br>             Plaintiff,<br><br>vs.<br><br>CHOICE HOTELS INTERNATIONAL, INC., ET AL<br><br>             Defendants. | Case No. 1:25-cv-00435-DCN<br><br>**STIPULATION FOR PROTECTIVE ORDER AND ORDER GOVERNING DISCOVERY OF ELECTRONICALLY STORED INFORMATION** |

**STIPULATION FOR PROTECTIVE ORDER AND ORDER GOVERNING DISCOVERY OF ELECTRONICALLY STORED INFORMATION**

COME NOW the parties, through their undersigned counsel of record, and, pursuant to

Federal Rule of Civil Procedure 26, hereby stipulate and agree to the entry of a Protective Order,

**STIPULATION FOR PROTECTIVE ORDER AND ORDER GOVERNING DISCOVERY OF ELECTRONICALLY STORED INFORMATION - 1**

attached hereto as **Exhibit A**, as well as an Order Governing the Discovery of Electronically Stored Information ("ESI"), attached hereto as **Exhibit B**.

Both proposed Orders shall also be submitted to chambers as required by District of Idaho Local Civil Rule 7.3.

Respectfully submitted,

DATED November 25, 2025.          SICO, HOELSCHER, HARRIS LLP

By____/s/  Meagan E. Hassan_____
Meagan E Hassan
By____/s/  David E. Harris_____
David E. Harris
*Counsel for Plaintiff*


DATED November 25, 2025.          BAKER, DONELSON, BEARMAN, CALDWELL
                                  & BERKOWITZ, PC

By_____/s/  Sara M. Turner_____
Sara M. Turner – *pro hac vice*
*Counsel for Choice Hotels International, Inc., and Choice Hotels International Service Corp.*


DATED November 25, 2025.          SCANLAN GRIFFITHS + ALDRIDGE

By_____/s/  Jamie K. Ellsworth_____
Jamie K. Ellsworth
*Counsel for Choice Hotels International, Inc., and Choice Hotels International Service Corp.*


DATED November 25, 2025.          GOLDBERG SEGALLA, LLP

By_____/s/  Imoh Emmanuel Akpan_____
Imoh Emmanuel Akpan
*Counsel for N B & J LLC, d/b/a Sleep Inn*


**STIPULATION FOR PROTECTIVE ORDER AND ORDER GOVERNING DISCOVERY OF ELECTRONICALLY STORED INFORMATION - 2**

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 25, 2025, I electronically filed the foregoing document using the U.S. District Court system. Notice will automatically be electronically mailed to the following individuals who are registered with the U.S. District Court CM/ECF System:

David E. Harris
Meagan E Hassan
**SICO, HOELSCHER, HARRIS LLP**
819 N. Upper Broadway
Corpus Christi, TX 78401
Telephone: (361) 250-1004
*Attorneys for Plaintiff*

☐ U.S. Mail, Postage Prepaid
☒ CM/ECF
dharris@shhlaw.com
mhassan@shhlaw.com

Imoh Emmanuel Akpan
**GOLDBERG SEGALLA, LLP**
111 South Calvert Street, Suite 2000
Baltimore, MD 21202
Telephone: (443) 615-7516
*Attorney for Defendants*

☐ U.S. Mail, Postage Prepaid
☒ CM/ECF
iakpan@goldbergsegalla.com

Joe Rockstahl
ROCKSTAHL LAW OFFICE, CHTD.
864 Filer Ave
Twin Falls, ID 83301
Telephone: (208) 734-8810
*Attorney for Plaintiff*

☐ U.S. Mail, Postage Prepaid
☒ CM/ECF
service@joerockstahl.com

Christopher C Dahl
BAKER DONELSON
100 Light St
Baltimore, MD 21202
Telephone: (410) 685-1120

☐ U.S. Mail, Postage Prepaid
☒ CM/ECF
cdahl@bakerdonelson.com

Keely E. Duke
Molly E. Mitchell
DUKE EVETT, PLLC
1087 West River Street, Suite 300
Boise, ID  83707
Telephone: (208) 342-3310
*Attorneys for Defendant*
*NB & J, LLC d/b/a Sleep Inn*

☐ U.S. Mail, Postage Prepaid
☒ CM/ECF
ked@dukeevett.com
mem@dukeevett.com

/s/  Jamie K. Ellsworth
Jamie K. Ellsworth

**STIPULATION FOR PROTECTIVE ORDER AND ORDER GOVERNING DISCOVERY OF ELECTRONICALLY STORED INFORMATION - 3**